UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN HARRISON (#124940)

VERSUS

PHYSICIANS, MEDICAL STAFF, ET AL.

CIVIL ACTION

NO. 12-318-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby, dated July 31, 2012 (doc. no. 6) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, this action is DISMISSED, without prejudice, for failure of the plaintiff to pay the Court's filing fee.

Baton Rouge, Louisiana, September 5th, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA